UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                                                              Bankr. Case No. 23-11310-ABL

SAVANNAH ALEXANDRA MICHENER                                                  Chapter 7
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:  Bankr. Case No. 23-11310-ABL

SAVANNAH ALEXANDRA MICHENER  Chapter 7

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on April 24, 2023 :

| | |
|---|---|
| ERIK C SEVERINO<br>LAW OFFICE OF ERIK SEVERINO<br>7251 W. LAKE MEAD BLVD., STE 300<br>LAS VEGAS, NV 89128 | Troy S. Fox<br>601 S Tenth St<br>Las Vegas, NV 89101 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx47251 / 1071658